# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NUMBER: 3:05cr407 |
| EVERETT LESLIE WILLIAMS | |

THIS MATTER is before the Court on an Order of Remand, filed July 30, 2007, from the Fourth Circuit Court of Appeals for resentencing.

**NOW, THEREFORE, IT IS ORDERED** that the United States Marshal have the Defendant Everett Leslie Williams (# 21563-058 ) present in Charlotte, North Carolina not later than 9/28/2007 for matter scheduled October 1, 2007 at 10:30 a.m.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: August 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge